UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 23-CV-61167-ALTONAGA/STRAUSS

**BRUNA ARENALES SALGADO DE OLIVERA,** *et al.*,

    Plaintiffs,

v.

**UR JADDOU,** *Director, United States Citizenship and Immigration Services, et al.*,

    Defendants.

_____/

## ORDER SETTING SETTLEMENT CONFERENCE AND STATUS CONFERENCE

THIS CAUSE has been referred to the undersigned for a settlement conference. [DE 17]. The parties having provided dates of availability, it is hereby **ORDERED AND ADJUDGED** as follows:

1. A settlement conference in this matter will be held before the undersigned commencing at **9:30 a.m.** on **September 14, 2023**. The parties shall submit Confidential Settlement Statements by **September 8, 2023** (see ¶ 4.b. below).

2. A status conference will also be held before the undersigned commencing at **10:00 a.m.** on **September 6, 2023**, via Zoom Videoconference.

   a. Meeting ID: 160 729 1517   Passcode: 3434

   b. https://www.zoomgov.com/j/1607291517?pwd=dDF5RXJvK1JXZnk4L3B5TVh2dENxZz09

3. At this Status Conference, the Court intends to discuss logistics for the Settlement Conference. The Court plans on conducting the Settlement Conference by Zoom, however, given that the parties' recent email to chambers suggested there was a disagreement over remote appearance, the Court will consider the parties' positions at the Status Conference.

4. The undersigned issues the following additional information concerning the September 14, 2023 Settlement Conference:

   a. The Settlement Conference shall be attended by representatives of the parties and counsel of record. Each side shall have a party representative present with full authority to negotiate and finalize any settlement agreement reached. Failure of a party representative with full and final authority to make and accept offers of settlement to attend this Settlement Conference may result in the undersigned's *sua sponte* recommendation that sanctions be entered against the offending party.

   b. On or before **September 8, 2023**, the parties shall each submit (via email to strauss@flsd.uscourts.gov) a Confidential Settlement Statement of no more than ten (10) pages, double-spaced, setting forth the following: (a) background regarding the case; (b) a concise statement of the key stipulated and disputed factual and legal issues; (c) a candid evaluation of the strengths and weaknesses of the party's case; (d) a candid evaluation of the party's "best day" and "worst day" in court (including estimates of what the party may receive or owe in damages and what the party may owe, through trial, for its own attorney's fees and the opposing party's attorney's fees, if applicable); (e) the party's position on settlement (i.e., what you are or may be willing to settle for); (f) the results of any previous settlement negotiations, including the last demand/offer made; (g) whether there may be any difficulty in collecting to satisfy any judgment; (h) any other information that may be helpful in working towards a fair settlement; and (i) the names of all individuals who will be attending the settlement conference.

   c. In some, but not all, cases, the Court may give each party approximately five (5) minutes to make an opening statement at the beginning of a Settlement

Conference. Because the Court will not be making any rulings at the Settlement Conference, the Court encourages each party to view this opening statement as an opportunity to communicate relevant information or positions to the opposing party, rather than as a means of convincing the Court of the legal or factual correctness of its positions.

d. The Settlement Conference will not be continued absent a written motion and a showing of compelling circumstances.

e. In the event this matter settles prior to the scheduled Settlement Conference, the parties shall immediately advise the undersigned's chambers. Written confirmation of a settlement that is signed by all parties shall also be sent to chambers at strauss@flsd.uscourts.gov.

f. The Settlement Conference shall be conducted without a court reporter and will not be recorded. All representations and statements made at the Settlement Conference shall remain confidential.

g. The parties are notified that the Court does not provide interpreter services in civil cases. In the event that a party or corporate representative does not speak fluent English, that party must arrange for the attendance of an interpreter.

5. Sanctions may be imposed for failure to follow any of the requirements of this Order.

**DONE AND ORDERED** in Fort Lauderdale, Florida, this 1st day of September 2023.

Jared M. Strauss
United States Magistrate Judge

Copies to counsel of record via CM/ECF