UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 23-CV-61167-ALTONAGA/STRAUSS

**BRUNA ARENALES SALGADO DE OLIVERA,** *et al.*,

    Plaintiffs,

v.

**UR JADDOU,** *Director, United States Citizenship and*

*Immigration Services, et al.*,

    Defendants.

_____/

**ORDER PROVIDING INSTRUCTIONS FOR SETTLEMENT CONFERENCE**

THIS CAUSE has been referred to the undersigned for a settlement conference. [DE 44]. As stated on the record at the September 6, 2023 status conference, it is hereby **ORDERED AND ADJUDGED** that the **SETTLEMENT CONFERENCE** in this matter set for **September 14, 2023 at 9:30 AM**, *see* [DE 21], shall be conducted by **VIDEO CONFERENCE**. The undersigned now issues the following additional instructions:

1. Participant information for the Zoom settlement conference is as follows:

    Link:

    https://www.zoomgov.com/j/1617970364?pwd=UmcrclFRK2xhK3d6Z0ZZS1Zxb3VwQT09

    Meeting ID: 161 797 0364     Passcode: 3434

    Dial by your location
    • +1 669 254 5252 US (San Jose)
    • +1 646 828 7666 US (New York)
    • +1 646 964 1167 US (US Spanish Line)
    • +1 551 285 1373 US (New Jersey)
    • +1 669 216 1590 US (San Jose)
    • +1 415 449 4000 US (US Spanish Line)

    Find your local number: https://www.zoomgov.com/u/aUSPDC1uJ

2. Counsel shall share the ZoomGov Meeting information as appropriate with participants for their side.

3. Participants should join the ZOOM Meeting by no later than **9:20 a.m.** on the date of the settlement conference to test their system.

4. Participants may click the link above to join at the appropriate time. Alternatively, participants may join the settlement conference without clicking on the link by going to https://zoom.us/join on any browser or to the ZOOM app on a tablet or smartphone and entering the Meeting ID and, when prompted, the Passcode. If participants have not already downloaded the Zoom app and their device requires it, they may be instructed to download it at this time. Participants should ensure that they have downloaded the necessary app prior to the date of the settlement conference.

5. Participants will have an opportunity to test their audio by clicking on "Test Computer Audio." Once satisfied that their audio works, participants should click on "join audio by computer."

6. The Host will place participants in the "waiting room" until the settlement conference begins.

7. Participants should mute themselves when not speaking.

8. Additional information and instructional videos are available at the ZOOM Help Center: https://support.Zoom.us/hc/en-us. Also, system testing in advance of the settlement conference is available at: https://zoom.us/test.

9. Members of the public interested in attending the proceedings may attend by audio-only teleconference.[1]

---

[1] All persons (counsel, the parties, the media and any member of the public) granted remote access to proceedings are reminded of the general prohibition against photographing, recording, and rebroadcasting of court proceedings. Violation of these prohibitions may result in sanctions, including removal of court issued media credentials, restricted entry to future hearings, denial of entry to future hearings, or any other sanctions deemed necessary by the court.

10. Sanctions may be imposed for failure to follow any of the requirements of this Order.

**DONE AND ORDERED** in Fort Lauderdale, Florida, this 6th day of September 2023.

Jared M. Strauss
United States Magistrate Judge

Copies to counsel of record via CM/ECF